UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERRILL J. VOLPICELLI, | Case No.: 3:22-cv-00281-ART-CSD |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

On June 22, 2022, pro se plaintiff Ferrill J. Volpicelli, an inmate in the custody of the Nevada Department of Corrections, submitted a petition for declaratory judgment under 28 U.S.C. § 2202. (ECF No. 1-1).  In February 2023, Plaintiff filed a motion for status check. (ECF No. 3).  Plaintiff has neither paid the full $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*. (*See* ECF No. 1).

**I.    MOTION FOR STATUS CHECK**

The Court grants Plaintiff's motion for status check. (ECF No. 3).  As explained in this order, Plaintiff has neither paid the full filing fee for this case nor submitted a fully complete application to proceed *in forma pauperis* in this case.

**II.    IN FORMA PAUPERIS APPLICATION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail

official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

As explained above, Plaintiff has neither paid the full filing fee nor applied to proceed *in forma pauperis*. The Court gives Plaintiff **until August 18, 2023,** to either pay the filing fee or submit an application to proceed *in forma pauperis*.

**III.    CONCLUSION**

It is therefore ordered the motion for status check (ECF No. 3) is granted.

It is further ordered that Plaintiff has **until August 18, 2023,** to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the petition for declaratory judgment (ECF No. 1-1) but not file it at this time.

DATED THIS 21st day of June 2023.

UNITED STATES MAGISTRATE JUDGE